I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 5/27/2010

DEPUTY CLERK



FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 27 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ANTHONY VALLIER,<br><br>Petitioner,<br><br>vs.<br><br>AVENAL STATE PRISON,<br><br>Respondent. | Case No. CV 09-2745-AHM (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Second Amended Petition, all the records and files herein, and the Magistrate Judge's Report and Recommendation. Objections to the Report and Recommendation have been filed herein. Having made a *de novo* determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that, unless petitioner files a notice of withdrawal of Ground One of the Second Amended Petition within twenty-one (21) days of the entry of this Order, Judgment be entered dismissing this action without prejudice for failure to exhaust state remedies.

Dated: May 26, 2010

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

1