JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL - 6 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ANTHONY VALLIER,<br><br>　　　　　Petitioner,<br>　vs.<br>AVENAL STATE PRISON,<br><br>　　　　　Respondent. | Case No. CV 09-2745-AHM (RNB)<br><br>**J U D G M E N T** |

　　Petitioner having failed to file a notice of withdrawal of Ground One of the Second Amended Petition within twenty-one (21) days of the entry of the Court's May 27, 2010 Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that this action is dismissed without prejudice for failure to exhaust state remedies.

DATED: July 6, 2010



A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 6 2010

CENTRAL DISTRICT OF CALIFORNIA
BY

1